## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARK ANTHONY SELESTAN**                    **CIVIL ACTION**

**VERSUS**                                   **NO.  13-6468**

**M. GUSMAN**                                **SECTION "H"(4)**

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Mark Anthony Selestan's complaint pursuant to 42 U.S.C. § 1983 against the defendant, the Orleans Parish Sheriff Marlin Gusman, and the various conditions of confinement claims  is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e and the § 1983 claims specifically challenging the length of his confinement additionally are barred until such time as the conditions pronounced in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met.

New Orleans, Louisiana, this ___22nd___ day of _____October_____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**